Case 5:22-cr-00119-FB  Document 48  Filed 02/09/24  Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Edgar Guerrero <br><br> Date of Original Judgment: 12/14/2022 <br> Date of Previous Amended Judgment: 12/19/2022 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Case No: 5:22-cr-00119-FB(1) <br> ) USM No: 90220-509 <br> ) <br> ) Kristin M. Kimmelman <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  60  months **is reduced to**  51  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

It is further **ORDERED** that any pro se motion for reduction of sentence under Amendment 821 is **DISMISSED AS MOOT**.

It is further **ORDERED** that, if this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time-served sentence.

Except as otherwise provided, all provisions of the judgment dated  12/19/2022  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 9, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Fred Biery
*Printed name and title*